UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
RUBEN CRUZ

                                                    20 CV 2553 (EK) (VMS)

                        Plaintiff,

        -against-

DIVERSIFIED CONSULTANTS, INC.

                        Defendant.

-------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel on behalf of the plaintiff (defendant not having appeared), that pursuant to Rule

41(a)(1), this action shall be, and it hereby is, dismissed and without costs to all parties.


*Adam J. Fishbein*

_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:


_____
U.S.D.J.